**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND 20770**
**301-344-0052**

# M E M O R A N D U M

TO:       Counsel of Record

FROM:     Judge Roger W. Titus

RE:       *USA v. Joseph Guadagnoli*
          Criminal Case No. RWT-13-0363

DATE:     November 21, 2014

\* \* \* \* \* \* \* \* \*

Upon the request of counsel for the Defendant, the sentencing currently scheduled for November 24, 2014 at 1:00 p.m. is hereby **rescheduled for December 22, 2014 at 2:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge