United States District Court
For The
4th District of Maryland

United States of America

v.

Joseph Guadagnoli

Case # 8:13CR0363 001

Motion For Sentence Reduction
Under 18 U.S.C. § 3582(C)(1)(A)
Compassionate Release, Pro Se Prisoner

Joseph Guadagnoli is a 49 year old federal prisoner serving 180 month sentence related to a marijuana conspiracy. In April of 2020 Mr Guadagnoli submitted to Warden Nanette Barnes of Bennetsville a request for a reduction which has since gone unanswered.

Joseph Guadagnoli has served 48% of his sentence as well as 27 months in additional time that was not credited to this sentence, but was however, directly related to the facts, evidence and circumstances for which this instant offence stems from, specifically a 2012 California arrest and conviction which relies on the same information and was part of the same federal investigation.

The length of Mr Guadagnoli's sentence was primarily driven by an assumption that Mr. Guadagnoli was a career offender. At the time Mr. Guadagnoli disputed this finding, but the court stood by the findings of the PSR, which indicated that

Mr Guadagnoli has priors recorded in the state of Iowa in 1992 for "Delivery" of marijuana and a failure to pay a tax stamp associated with marijuana as well as a 2007 Maryland prior for "Conspiracy" to grow marijuana. In light of U.S. v. Norman 935 F.3d 232 (4th Cir), U.S. v Winstead 890 F3d (D.C. Cir) and U.S. v. Havis 927F 382 (6th Cir) it is clear that these priors would not have played the substantial role that they did in determining the unusually high sentence reflected in the sentencing guidelines which were presented in court. This high number was used as a starting point in the governments bid to negoiate the eventual 11(c) plea of 180 months.

It should also be made clear that Mr Guadagnoli's 924(c) arose from there being firearms on the property he owned in the California wilderness where Mr Guadagnoli allowed the possession of these weapons by employees of Mr Guadagnoli after William H Bechler was attacked and bitten by Dogs Mr Guadagnoli's PSR even indicates that while Mr Guadagnoli was in Baltimore and other populated locations, firearms were not found or even claimed to be used. Mr Guadagnoli is adament that the firearms existed only for the use and protection of people against the wilds of Northern California which host wild dogs, Bears, Mt. Lions, wild pigs and countless other feral animals.

Mr Guadagnoli's lack of legal expertise now and at the time of his court appearance have hindered his ability to properly express/defend himself.

Without trying to relitigate every facet, it is safe to say that the environment as it concerns career offenders, 924(c)'s conspiracies and the application of predicates is changing and would not expose Mr. Guadagnoli to the same sentencing guidelines and hazards that Mr Guadagnoli faced in 2015 when he was sentenced.

Mr Guadagnoli's time since he was sentenced has been spent trying to improve himself. He has completed the Northeast Technical College degree for welding as well as 10 "ACE" courses designed by the BOP to improve inmate skills. Mr Guadagnoli has also worked as an inmate tutor helping others reach goals in the areas of G.E.D. testing and English as a Second Language

In the time that he has been incarcerated Mr. Guadagnoli has received only 1 major infraction notice, this was for the use/possession of a cell phone back in March of 2016. Mr Guadagnoli was desperately trying to locate his 2 children Sophia (now 18) and Joseph (now 16) and reestablish contact. Unfortunately when Mr Guadagnoli was arrested his ex-wife Melissa made the choice to forego assisting Mr Guadagnoli's relationship with his children, her motives were understandable, she wanted no part of the prison system for her children or herself. Mr Guadagnoli

was told to resume contact with his children when he could do so on his own accord. Mr Guadagnoli is desperate to prove to his children that he loves them and will work to be a part of their daily lives

Mr Guadagnoli's health is tentative at best and relies on a combination of exercize, proper food and sound medical advise along with proper medication. Since the advent of Covid-19 the Bennetsville Facility has kept it's population on "Lock Down", affording no recreation untill just recently where we are allowed 2x's a week outside, weather permitting for an hour each time. The meals offered are mostly carbs. This has had the effect of adding 45 lbs to Mr Guadagnoli, raising his BMI Index to 37. The following is a list of Mr Guadagnoli's ailments and the medication perscribed

Asthma — Fluticasone (Flonase)
       — Albuterol Sulfate inhaler

Hypothyroidism — Levothyroxine

Hypertension and Edema — Hydrochlorothiazide

High Lipid (cholesterol) — Atorvastatin

Vitamin Deficency — Vitamin D

Psoriasis — Coal Tar medicine

Heart Disease — Aspirin 81

As stated before these conditions are somewhat managable when proper care and attention is taken in concert with exercize and good food. Unfortunatly this has not happened. Since March of 2020 the medical staff has stopped recieving sick call requests or any request to be seen, by anyone.

Mr Guadagnoli's pleas to be seen were unheeded and Mr Guadagnoli's health and general condition has suffered. After being neglected for so long Mr Guadagnoli was admitted (12-9-20) on an emergency basis to be treated for an allergic complication which caused his face to swell and injured his eye. Mr Guadagnoli was treated with Benadryl and Prednisone to reduce swelling, however the left eye is still disabled it is uncertain if full use will return. Mr Guadagnoli also deals with nightime sleep apnea. Awakining at night with blue fingers, blue lips gasping and chocking for air due to lack of oxygen. This malady is common in overweight individuals and Mr Guadagnoli has been diagnosed with this in the past. The situation corrected itself when Mr Guadagnoli lost the excessive weight he once carried, but this relapse is difficult to control, as there is no way for Mr Guadagnoli to exercize more or eat better. The medical staff here are not equipt to treat sleep apnea as there are no CPAP machines available. For Mr Guadagnoli to be properly treated/diagnosed he would need to be seen by specialists

Mr Guadagnoli argues that for lack of basic's such as exercize, proper food and basic medical attention his conditions are compiling and snowballing into much larger, more serious conditions that may have been avoided otherwise. Mr Guadagnoli appreciates and understands the strain that Covid has placed on medical staff. He cannot however fathom why it would take 8 months to be seen by staff and then only after an emergency which may have cost him the use of his left eye. It's said that "an ounce of prevention is worth a pound of cure". Unfortunatly at Bennetsville we are only seen on an emergency basis.

The BOP in it's efforts to control the spread of Covid-19 has suspended most moves and transfers This is adversly effecting Mr Guadagnoli's progression through the system. Mr Guadagnoli's point score that reflects his custody status and his violence pattern score are adjudged "low" by the BOP standard. However Mr Guadagnoli remains in a "medium" facility because there are no transfers he is told. This has many effects, but primarily this lack of transfer keeps Mr Guadagnoli from earning good time credits that would accompany a lower status as well as hampers educational oppurtinuties and keeps Mr. Guadagnoli housed outside of his home region and limits visits by family + friends. It is fustrating for Mr Guadagnoli to be denied benifits he is earning through good behavor and educational programming. If it weren't for Covid-19, Mr Guadagnoli would be assigned to a "low" facility.

18 USC 3553(a) "Allows for a punishment sufficient but not greater than necessary." Mr Guadagnoli asserts that the institutions inability to care for his medical needs, along with the inability of the entire system to function properly has created an environment that excessivly deprives him and is essentially a completly different and more severe system than that which he was sentenced to.

    Mr Guadagnoli is fortunate enough to have on his side a support group or network of friends and family that are willing to help him overcome any obstacle he may find himself up against in the event that he should be released. For starters he will be employed almost immediatly as a Chef at the MARYLAND MASONIC HOME in Cockeysville Maryland, a retirement community whoes kitchen is run by the esteemed chef Tracey TAYLOR, who has known MR Guadagnoli for some 20 years now and attended school with Mr Guadagnoli

    Mr Guadagnoli also has in his corner Mr Joseph Toher. A brilliant man who's letter of reccomendation can be found affixed to this motion. Mr Toher and Mr Guadagnoli have been friends for some time now and share in common the loss of Mr Toher's son Patrick. Patrick was a great friend and struggled with opioid addiction. Mr Guadagnoli and Patricks father worked hard to seperate Patrick from his addictions, but were at long last unsuccessful. Mr Guadagnoli has always been

Clear on his dislike of Hard Drugs, and without trying to minimize his legal errors would like to share his hopes that this country is moving towards treatment and education of substance abuse and away from long prison terms.

In the process of assembling this document I was struck by the attention paid to the meanings of singular words such as "Shall", "may" or "will". When I read the text of 18 USC 3553 "To promote respect for the law" I had to ask myself about the use of the word "RESPECT". One can respect High Voltage, Extreme Heights and explosives for their raw, awesome power. One can also respect an Elder for their Wisdom, concern and care. There is no doubt that Mr Guadagnoli has felt the Governments power, has seen first hand it's ability to impose it's will and to do with Mr Guadagnoli as it pleases. In this sense there is much Respect.

Mr Guadagnoli is right now in his cell, hoping that his future, his Dreams and his Health will remain intact long enough for him to fulfill his promise to his Children, family and friends and one day restore his position amongst them. To be Respected as Powerful is one thing, to be Respected as Compassionate is an entirely different Realm.

Respectfully Submitted    12/15/20

Joseph Guadagnoli
Joseph J. Guadagnoli