FILED: August 5, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7153

(8:13-cr-00363-DKC-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

JOSEPH GUADAGNOLI, a/k/a Ryan Lee, a/k/a Bear

   Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:13-cr-00363-DKC-1 |
| Date notice of appeal filed in originating court: | 07/30/2021 |
| Appellant | Joseph Guadagnoli |
| Appellate Case Number | 21-7153 |
| Case Manager | Emily Borneisen<br>804-916-2704 |